**JS 6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

KYLE PEREZ, et al.

       Plaintiffs,

       v.

ECFC HOLDINGS, INC., et al.

       Defendants.

_____

Case No.: CV 16-4000 DSF (PLAx)

JUDGMENT

    The Court having previously dismissed two defendants for lack of jurisdiction, having issued an Order to Show Cause re Dismissal for Lack of Prosecution as to the remaining defendants, and plaintiffs not having timely responded,

    IT IS ORDERED AND ADJUDGED that the plaintiffs take nothing and that the action be dismissed without prejudice.

2/6/17

Dated: _____

_____
Dale S. Fischer
United States District Judge